LAWRENCE G. BROWN
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JESUS ESTRADA-PINEDA, and<br>ERNESTO CORNEJO-HERRERA, et al.,<br><br>　　　　　Defendants. | No. 2:CR-09-374 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  October 26, 2009<br>Time:  8:30 a.m.<br>Court: Hon. William B. Shubb |

　　　It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Jesus Estrada-Pineda and Ernesto Cornejo-Herrera, on the other hand, through their respective attorneys, that: (1) the status conference scheduled for October 26, 2009, at 8:30 a.m., shall be continued to December 14, 2009 at 8:30 a.m.; and (2) time from the date of this stipulation through, and including, the date of the status conference on December 14 2009, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T2.

1

1 | The parties note that there are six defendants in this case, only two defendants have made their initial appearances in this district, while it is anticipated that a third defendant will be brought before this Court pursuant to a writ ad prosecundum; the evidence gathered in this case spans two judicial districts, namely, the Eastern District of California and the District of Nevada; there have been interviews of both defendants that must be transcribed; defendant Jesus Estrada Pineda is charged in another marijuana manufacturing case in this Court as defendant Luis Estrada Castanon in Case No. CRS 09-407 FCD; and there will be significant discovery to be reviewed by the attorneys and translated through an English/Spanish interpreter for any Spanish-speaking only defendants. Based on these facts, the parties stipulate and agree that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161.

Dated: October 23, 2009        /s/ Michael Hansen
                               _____
                               MICHAEL HANSEN
                               Attorney for Defendant
                               Jesus Estrada Pineda
                               (per telephone authorization)

Dated: October 23, 2009        /s/ John Routsis
                               _____
                               JOHN ROUTSIS
                               Attorney for Defendant
                               Ernesto Cornejo-Castanon
                               (per telephone authorization
                               by Teresa Wood)

Dated: October 23, 2009        LAWRENCE G. BROWN
                               UNITED STATES ATTORNEY

                                      /s/ Samuel Wong
                               By: _____
                               SAMUEL WONG
                               Assistant U.S. Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and that the time from the date of the stipulation October 23, 2009, to and including December 14 2009, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and Local Code T2 (unusual and complex case).

It is further ordered that the October 26, 2009, status conference shall be continued until December 14 2009, at **8:30 a.m.**

It is so ordered.

Dated: October 23, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE