```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  SAMUEL WONG
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN BERNARDINO GALVEZ,<br>JESUS ESTRADA-PINEDA, and<br>ERNESTO CORNEJO-HERRERA, et al.,<br><br>　　　　Defendants. | No. 2:CR-09-374 WBS<br><br>**REVISED STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:　December 14, 2009<br>Time:　8:30 a.m.<br>Court:　Hon. William B. Shubb |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Juan Bernardino Galvez, Jesus Estrada-Pineda and Ernesto Cornejo-Herrera, on the other hand, through their respective attorneys, that: (1) the status conference scheduled for December 14, 2009, at 8:30 a.m., shall be continued to February 22, 2010 at 8:30 a.m.; and (2) time from the date of this stipulation through, and including, the date of the status conference on February 22, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv)

1

and Local Codes T2 (unusual or complex case) and T4 (defense preparation and continuity of defense counsel).

The parties note that, while there are six defendants in this case, only three defendants have made their initial appearances in this district. The most recent defendant brought into the case, Juan Bernardino Galvez, represented by Michael Chastaine, Esq., made his initial appearance only on November 25, 2009. The evidence gathered in this case spans two judicial districts, namely, the Eastern District of California and the District of Nevada; there have been interviews of various defendants that must be translated from Spanish to English and transcribed; defendant Jesus Estrada Pineda is charged in another marijuana manufacturing case in this Court as defendant Luis Estrada Castanon in Case No. CRS 09-407 FCD; and there will be significant discovery to be reviewed by the attorneys and translated through an English/Spanish interpreter for any Spanish-speaking only defendants. In addition, Michael Hansen, Esq., attorney for defendant Jesus Estrada Pineda, is currently in trial on another case and is expected to be busy working on that trial through January 2010. Based on these facts, the parties stipulate and agree that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161, the case is unusual or complex within the meaning of the Speedy Trial Act, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the denial of the requested continuance would unreasonably deny Jesus Estrada

Pineda continuity of counsel given Mr. Hansen's trial schedule in the other case.

Dated: December 11, 2009        /s/ Michael Hansen
                                _____
                                MICHAEL HANSEN
                                Attorney for Defendant
                                Jesus Estrada Pineda
                                (per telephone authorization)

Dated: December 11, 2009        /s/ Michael Chastaine
                                _____
                                MICHAEL CHASTAINE
                                Attorney for Defendant
                                Juan Bernardino Galvez
                                (per email authorization)

Dated: December 11, 2009        /s/ John Routsis
                                _____
                                JOHN ROUTSIS
                                Attorney for Defendant
                                Ernesto Cornejo-Castanon
                                (per telephone authorization)

Dated: December 11, 2009        BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY

                                        /s/ Samuel Wong
                                By:     _____
                                        SAMUEL WONG
                                        Assistant U.S. Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public. The Court also finds the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the denial of the requested continuance would unreasonably deny Jesus Estrada Pineda continuity of counsel given Mr. Hansen's trial schedule in the other case. It is ordered that the time from the date of the stipulation December 11, 2009, to and including February 22, 2010, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (defense preparation and continuity of defense counsel).

///

///

///

1    It is further ordered that the December 14, 2009, status
2 conference shall be continued until February 22, 2010, at 8:30
3 a.m.
4    It is so ordered.
5 Dated: ___December 11, 2009_____

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE