BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN BERNARDINO GALVEZ, JESUS ESTRADA-PINEDA, and ERNESTO CORNEJO-HERRERA, et al., <br><br> Defendants. | No. 2:CR-09-374 WBS <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** <br><br> Date: February 22, 2010 <br> Time: 8:30 a.m. <br> Court: Hon. William B. Shubb |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Juan Bernardino Galvez, Jesus Estrada-Pineda and Ernesto Cornejo-Herrera, on the other hand, through their respective attorneys, that: (1) the status conference scheduled for February 22, 2010, at 8:30 a.m., shall be continued to May 3, 2010, at 8:30 a.m.; and (2) time from the date of this stipulation, February 19, 2010, through, and including, the date of the status conference on May 3, 2010,, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

1

(B)(ii) and (iv) and Local Codes T2 (unusual or complex case) and T4 (defense preparation and continuity of defense counsel).

The parties note that the evidence gathered in this case spans two judicial districts, namely, the Eastern District of California and the District of Nevada; there have been interviews of various defendants that must be translated from Spanish to English and transcribed; defendant Jesus Estrada Pineda is charged in another marijuana manufacturing case in this Court as defendant Luis Estrada Castanon in Case No. CRS 09-407 FCD; there will be significant discovery to be reviewed by the attorneys and translated through an English/Spanish interpreter for any Spanish-speaking only defendants; and defendants want to conduct their own investigations in this matter. Based on these facts, the parties stipulate and agree that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161, the case is unusual or complex within the meaning of the Speedy Trial Act, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: February 19, 2010 /s/ Michael Hansen
_____
MICHAEL HANSEN
Attorney for Defendant
Jesus Estrada Pineda
(per email authorization)

Dated: February 19, 2010 /s/ Michael Chastaine
_____
MICHAEL CHASTAINE
Attorney for Defendant
Juan Bernardino Galvez
(per email authorization)

Dated: February 19, 2010          /s/ John Routsis
                                  _____
                                  JOHN ROUTSIS
                                  Attorney for Defendant
                                  Ernesto Cornejo-Castanon
                                  (per email authorization)


Dated: February 19, 2010          BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY

                                          /s/ Samuel Wong
                                  By:  _____
                                       SAMUEL WONG
                                       Assistant U.S. Attorney

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public. The Court also finds the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It is ordered that the time from the date of the stipulation February 19, 2010, to and including May 3, 2010,, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and Local Codes T2 (unusual and complex case) and T4 (defense preparation and continuity of defense counsel).

It is further ordered that the February 22, 2010, status conference shall be continued until May 3, 2010, at 8:30 a.m.

It is so ordered.

Dated: February 19, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE