1  MICHAEL L. CHASTAINE, State Bar #121209
   The Chastaine Law Office
2  101 Parkshore Drive, Suite 100
   Folsom, CA 95630
3  (916) 932-7150
   (916) 932-7151 fax
4
   Attorney for Juan Bernardino Galvez

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:CR-09-374 WBS |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING ) STATUS CONFERENCE DATE AND ) EXCLUDING TIME UNDER THE SPEEDY |
| JUAN BERNARDINO GALVEZ, JESUS ESTRADA-PINEDA, and ERNESTO CORNEJO-HERRERA, et al., | ) TRIAL ACT ) ) DATE: May 3, 2010 ) Time: 8:30 a.m. |
| Defendants. | ) Court:Hon. William B. Shubb |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Juan Bernardino Galvez, Jesus Estrada-Pineda and Ernesto Cornejo-Herrera, on the other hand, through their respective attorneys, that: (1) the status conference scheduled for May 3, 2010, at 8:30 a.m., shall be continued to July 12, 2010 at 8:30 a.m.; and (2) time from the date of this stipulation through, and including, the date of the status conference on July 12, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)and (B)(ii) and (iv) and Local Codes T2 (unusual or complex case) and T4 (defense counsel preparation).

1

The parties note that, while there are six defendants in this case, only three defendants have made their initial appearances in this district. The most recent defendant brought into the case, Juan Bernardino Galvez, represented by Michael Chastaine, Esq., made his initial appearance on November 25, 2009. The evidence gathered in this case spans two judicial districts, namely, the Eastern District of California and the District of Nevada; there have been interviews of various defendants that must be translated from Spanish to English and transcribed; defendant Jesus Estrada Pineda is charged in another marijuana manufacturing case in this Court as defendant Luis Estrada Castanon in Case No. CRS 09-407 FCD; and there will be significant discovery to be reviewed by the attorneys and translated through an English/Spanish interpreter for any Spanish-speaking only defendants. Based on these facts, the parties stipulate and agree that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161, the case is unusual or complex within the meaning of the Speedy Trial Act, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: April 28, 2010

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

/s/ Samuel Wong
_____
SAMUEL WONG
Assistant U.S. Attorney
(per telephone authorization)

Dated: April 28, 2010        /s/ Michael Hansen
                             _____
                             MICHAEL HANSEN
                             Attorney for Defendant
                             Jesus Estrada Pineda
                             (per telephone authorization)


Dated: April 28, 2010        /s/ John Routsis
                             _____
                             JOHN ROUTSIS
                             Attorney for Defendant
                             Ernesto Cornejo-Castanon
                             (per telephone authorization)


Dated: April 28, 2010        /s/ Michael Chastaine
                         By: _____
                             MICHAEL CHASTAINE
                             Attorney for Defendant
                             Juan Bernardino Galvez

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that: (1) the case is unusual and complex within the meaning of the Speedy Trial Act; and (2) the ends of justice served by the granting of

1 such continuance outweigh the interests of the public and
2 defendants in a speedy trial.  The Court also finds the
3 requested continuance is necessary to provide defense counsel
4 reasonable time necessary for effective preparation, taking into
5 account the exercise of due diligence. It is therefore ordered
6 that the May 3, 2010 status conference shall be continued until
7 July 12, 2010, at 8:30 a.m.

8     It is further ordered that the time from the date of the
9 parties' stipulation, April 28, 2010, to and including July 12,
10 2010, shall be excluded from computation of time within which the
11 trial of this case must be commenced under the Speedy Trial Act,
12 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and
13 Local Codes T2 (unusual and complex case) and T4 (defense counsel
14 preparation).

15     It is so ordered.

16 Dated:   April 29, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE