1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>JUAN BERNARDINO GALVEZ,<br>JESUS ESTRADA-PINEDA, and<br>ERNESTO CORNEJO-HERRERA, et<br>al.,<br><br>        Defendants. | No. 2:09-CR-374 WBS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:  November 8, 2010<br>Time:  8:30 a.m.<br>Court: Hon. William B. Shubb |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendants Juan Bernardino Galvez, Jesus Estrada-Pineda and Ernesto Cornejo-Herrera, on the other hand, through their respective attorneys, that:  (1) the status conference scheduled for November 8, 2010, at 8:30 a.m., shall be continued to December 6, 2010, at 8:30 a.m.; and (2) time from the date of this stipulation through, and including, the date of the status conference on December 6, 2010, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and

1

Local Codes T2 (unusual or complex case) and T4 (defense preparation and continuity of defense counsel).

The parties note that the evidence gathered in this case spans two judicial districts, namely, the Eastern District of California and the District of Nevada; there have been interviews of various defendants that must be translated from Spanish to English and transcribed; defendant Jesus Estrada Pineda is charged in another marijuana manufacturing case in this Court as defendant Luis Estrada Castanon in Case No. CRS 09-407 FCD; and there is significant discovery to be reviewed by the attorneys and translated through an English/Spanish interpreter for any Spanish-speaking only defendants.  In addition, defense counsel need additional time to conduct their own investigations in this case.  Further, defense counsel need additional time to explain the anticipated written plea offers and the ramifications of any guilty pleas to their clients.  Based on these facts, the parties stipulate and agree that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in § 3161, the case is unusual or complex within the meaning of the Speedy Trial Act, the requested continuance is necessary to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Dated: November 5, 2010  /s/ Michael Hansen
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MICHAEL HANSEN
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　Jesus Estrada Pineda
　　　　　　　　　　　　　　　　　　　　　　　　(per email authorization)

| | |
|---|---|
| Dated: November 5, 2010 | /s/ Michael Chastaine |
| | _____ |
| | MICHAEL CHASTAINE |
| | Attorney for Defendant |
| | Juan Bernardino Galvez |
| | (per email authorization |
| | from Jake Stebner) |
| Dated: November 5, 2010 | /s/ John Routsis |
| | _____ |
| | JOHN ROUTSIS |
| | Attorney for Defendant |
| | Ernesto Cornejo-Castanon |
| | (per email authorization) |
| Dated: November 5, 2010 | BENJAMIN B. WAGNER |
| | UNITED STATES ATTORNEY |
| | /s/ Samuel Wong |
| | By: _____ |
| | SAMUEL WONG |
| | Assistant U.S. Attorney |

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161 and that the case is unusual and complex within the meaning of the Speedy Trial Act. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the

1 | public.  The Court also finds the requested continuance is
2 | necessary to provide defense counsel reasonable time necessary
3 | for effective preparation, taking into account the exercise of
4 | due diligence.  It is ordered that the time from the date of the
5 | stipulation November 5, 2010, to and including December 6, 2010,
6 | 2010, shall be excluded from computation of time within which the
7 | trial of this case must be commenced under the Speedy Trial Act,
8 | pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv) and
9 | Local Codes T2 (unusual and complex case) and T4 (defense
10 | preparation and continuity of defense counsel).
11 |     It is further ordered that the November 8, 2010, status
12 | conference shall be continued until December 6, 2010, 2010, at
13 | 8:30 a.m.
14 |     It is so ordered.
15 | Dated: November 5, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4