```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-CR-00374-WBS |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JOSE DeJESUS GALVEZ-GARCIA, JUAN BERNARDINO GALVEZ, ERENDIRA MACHADO-MONTOYA, JESUS ESTRADA PINEDA, ERNESTO CORNEJO-HERRERA, and JUAN LARIOS-MORFIN, | |
| Defendants. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Ernesto Cornejo-Herrera, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Ernesto Cornejo-Herrera's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

> a) a Remington Model 870, 12 gauge pump shotgun, serial number C656868, a scabbard, and approximately nine shotgun shells; a Ruger Model 10-22, .22 caliber semiautomatic rifle, serial number 23934321, loaded with approximately 21 rounds of ammunition.

2. The above-listed property is property used, or intended to be used, in any matter or part, to commit, or to facilitate the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives, in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or his designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order

///

of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this <u>25th</u> day of <u>March</u>, 2011.

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE