PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERNESTO CORNEJO-HERRERA and<br>JUAN BERNARDINO GALVEZ,<br><br>　　　　DefendantS. | 2:09-CR-00374-WBS<br><br>FINAL ORDER OF FORFEITURE |

　　　WHEREAS, on March 28, 2011 (Cornejo-Herrera) and May 11, 2011 (Galvez), this Court entered Preliminary Orders of Forfeiture pursuant to the provisions of  18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), based upon the plea agreements entered into between plaintiff and defendants Ernesto Cornejo-Herrera and Juan Bernardino Galvez forfeiting to the United States the following property:

　　　a.　　Remington Model 870, 12 gauge pump shotgun, serial number C656868, a scabbard, and approximately nine shotgun shells; a Ruger Model 10-22, .22 caliber semiautomatic rifle, serial number 23934321, loaded with approximately 21 rounds of ammunition.

　　　AND WHEREAS, beginning on March 28, 2011 (Cornejo-Herrera) and May 13, 2011 (Galvez), for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first

day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed asset pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Ernesto Cornejo-Herrera and Juan Bernardino Galvez.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms, and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: January 28, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE